IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA MAHER YASSIN,<br><br>    Petitioner,<br><br>vs.<br><br>ALBERTO R. GONZALES, et al.,<br><br>    Respondents. | 1:06-CV-00963-OWW-LJO-HC<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

        Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, petitioner's application to proceed in forma pauperis was not submitted on the proper form and did not include the required original signature by an authorized officer of the institution of incarceration.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis, **or** to pay the $5.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

        2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee

1  for this action.  Petitioner is not required to submit another copy of his trust account statement.

2  Failure to comply with this order will result in a recommendation that this action be dismissed.

3  IT IS SO ORDERED.

4  **Dated:     August 25, 2006**                               /s/ Lawrence J. O'Neill
   23ehd0                                                       UNITED STATES MAGISTRATE JUDGE

2