UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA MAHER YASSIN,<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>    Respondents. | 1:06-CV-00963 OWW LJO HC<br><br>ORDER GRANTING MOTION TO DISMISS<br>[Doc. #5] |

       Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

       On August 23, 2006, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was granted release on August 17, 2006. The Court further notes that the orders served on Petitioner were returned by the U.S. Postal Service as undeliverable with the following notation: "Out of Custody."

       Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED and the Petition is DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:   October 13, 2006                 /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE